UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DANIELLE JOHNSON,<br><br>    Petitioner,<br><br>v.<br><br>JASON LEWIS,<br><br>    Respondent. | No. 1:19-CV-228 DDN |

## MEMORANDUM AND ORDER

Petitioner Danielle Johnson has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, but has neither paid the filing fee nor filed a motion for leave to proceed *in forma pauperis*.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner must either pay the $5.00 filing fee, or submit a motion for leave to proceed *in forma pauperis*, within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to petitioner a copy of the Court's form motion to proceed *in forma pauperis* and affidavit in support – habeas cases.

Dated this 23rd day of December, 2019.

/s/ David D. Noce
DAVID D. NOCE
UNITED STATES MAGISTRATE JUDGE